# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY L. MORAN, | ) Case No.: 2:10-cv-05400-CDJ |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Ross S. Enders, Esq.
Sessions, Fishman, Nathan & Israel, LLP
200 Route 31 North, Suite 203
Flemington, NJ 08822

        /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002